USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

D.R. an infant by her Mother and Natural, Guardian, TOWANA RODRIGUEZ and TOWANA RODRIGUEZ, Individually,

                      Plaintiffs,

          -against-

SANTOS BAKERY, INC. and WILSON VILLATENMAZA,

                      Defendants.
------------------------------------------------------------------X

20-CV-3628 (PGG) (KHP)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Wednesday, March 16, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **March 9, 2022 by 5:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
               December 16, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge