USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/12/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

D.R. an infant by her Mother and
Natural, Guardian, TOWANA
RODRIGUEZ and TOWANA
RODRIGUEZ, Individually,

                        Plaintiffs,

          -against-

SANTOS BAKERY, INC. and WILSON
VILLATENMAZA,

                   Defendants.

-----------------------------------------------------------------X

20-CV-3628 (KHP)
ORDER

KATHARINE H. PARKER, United States Magistrate Judge:

After a three-day trial, a jury found Defendants liable for Plaintiff D.R.'s injuries and awarded damages in the following amounts: (1) $280,000 for past pain and suffering; (2) $2,000,000 for future pain and suffering; and (3) $200,250 for future medical expenses.

At the conclusion of the jury trial, Defendants moved to set aside the verdict as against the weight of the evidence.  The Court then established the following schedule for written submissions in support of and opposition to the motion:  Defendants' memorandum of law shall be filed by **July 28, 2023**; Plaintiffs' opposition brief shall be filed by **August 25, 2023**; and Defendants' reply brief shall be filed by **September 12, 2023**.  Plaintiffs and Defendants consented to this briefing schedule.

The Court also directed the parties to order the trial transcript.

The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

Court Exhibit 1: Voir Dire Questionnaire

Court Exhibit 2: Preliminary Jury Charge

Court Exhibit 3: Jury Charge Submitted to Jury

Court Exhibit 4: Verdict Form.

**SO ORDERED.**

DATED:      New York, New York
                June 12, 2023

KATHARINE H. PARKER
United States Magistrate Judge