**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
D.R. an infant by her Mother and
Natural, Guardian, TOWANA
RODRIGUEZ and TOWANA
RODRIGUEZ, Individually,

                Plaintiffs,                    20 **CIVIL** 3628 (KPH)

      -against-                               **JUDGMENT**

SANTOS BAKERY, INC. and
WILSON VILLATENMAZA,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Katharine H. Parker, United States Magistrate Judge, Plaintiff D.R. has judgment against the Defendants Santos Bakery, Inc., and Wilson Villatenmaza in the amount of $280,000 for past pain and suffering; $2,000,000 for future pain and suffering; and $200,250 for future medical expenses, for a total sum of $2,480,250.00.

**DATED:** New York, New York
              June 12, 2023

                                                        **RUBY J. KRAJICK**

**So Ordered:**                                         Clerk of Court

                                             **BY:**

_Katharine H. Parker_
Katharine H. Parker                              **Deputy Clerk**
United States Magistrate Judge