```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D.R. an infant by her Mother and
Natural, Guardian, TOWANA
RODRIGUEZ and TOWANA
RODRIGUEZ, Individually,

                                                               Plaintiffs,                        **20-CV-3628 (KHP)**

                              -**against**-

SANTOS BAKERY, INC. and WILSON                           **ORDER SCHEDULING STATUS**
VILLATENMAZA,                                                                   **CONFERENCE**

                                               Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A telephonic Status Conference in this matter is hereby scheduled for **Monday, January 8, 2024 at 2:30 p.m.** At the scheduled time, counsel shall call the Court's conference line at **(866) 434-5269, Access code: 4858267**.

       SO ORDERED.

DATED:     New York, New York
                December 20, 2023

                                                                  _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge