**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
D.R. an infant by her Mother and Natural,
Guardian, TOWANA RODRIGUEZ and
TOWANA RODRIGUEZ, Individually,

                              Plaintiffs,                     20 **CIVIL** 3628 (KPH)

             -against-                        **AMENDED JUDGMENT**

SANTOS BAKERY, INC. and
WILSON VILLATENMAZA,

                              Defendants.
-----------------------------------------------------------X

    It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated February 9, 2024, Defendant's motion to vacate the jury verdict is GRANTED the extent it seeks that the Court set aside the award of $200,250 for future medical expenses, and is otherwise DENIED. An amended judgment is entered in this case as follows: Plaintiffs are awarded $280,000 in past pain and suffering and $2,000,000 in future pain and suffering for a total of $2,280,000; accordingly, the case is closed.

**DATED:** New York, New York
             February 12, 2024

                                                      **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                             **BY:**      *K. Mango*

                                                          **Deputy Clerk**